**Credit Control, LLC**
PO Box 31179 • Tampa, FL 33631
Office Hours: Mon-Fri 8am to 10pm; Saturday 8am to Noon
888-401-9028
www.credit-control.com

PO Box 31179
Tampa FL 33631-3179
ADDRESS SERVICE REQUESTED

October 26, 2016

| Account # | Balance |
|---|---|
|  | $742.14 |

ERIN SWIKE

Credit Control, LLC
PO Box 31179
Tampa FL 33631-3179

***Detach Upper Portion and Return with Payment***

Creditor: DSNB - Department Stores National Bank
Account #:
Balance:     $742.14

For your MACYS account:

Your MACYS account has been placed with this office for collection. Pay the balance or contact this office to make acceptable arrangements. In the event you do not regard this as a just debt, please advise us.

Please call our office to pay by check or debit card which is free of charge. To make a payment online, please visit our website at www.credit-control.com, which is also free of charge. If mailing your payment, checks or money orders are made payable to DSNB - Department Stores National Bank.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Credit Control, LLC • 4710 Eisenhower Blvd. A2 • Tampa FL 33634 • 888-401-9028


EXHIBIT C