11/29/16

Erin Swike
███████████
█████ IN █████

Account: DSNB
Account # ████████████

Dear Credit Control:

I am refusing to pay for the alleged debt that you are trying to collect.

Sincerely

*[signature: Erin Swike]*

Erin Swike

EXHIBIT
Group
D

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

Signature Confirmation™ :
9410 8036 9930 0084 8949 79

| | |
|---|---|
| Trans. #: 390646253 | Priority Mail® Postage: $6.45 |
| Print Date: 11/29/2016 | Signature Confirmation $2.35 |
| Ship Date: 11/29/2016 | (Electronic Rate) |
| Expected Delivery Date: 12/03/2016 | Total $8.80 |

From:  TIM A SWIKE
        IN

To:    CREDIT CONTROL LLC
       PO BOX 31179
       TAMPA FL 33631-3179

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking™ service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE
*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking™ page at usps.com*



# USPS Tracking®

Still Have Questions?
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9410803699300084894979

Signed for By: J MORGAN // TAMPA, FL 33630 // 6:05 am

## Product & Tracking Information

**Postal Product:**
Priority Mail™

**Features:**
Signature Confirmation™  Up to $50 insurance included
Restrictions Apply

## Available Actions

Proof of Delivery

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| December 5, 2016, 6:05 am | Delivered | TAMPA, FL 33630 |

Your item was delivered at 6:05 am on December 5, 2016 in TAMPA, FL 33630 to OMNI 31K. The item was signed for by J MORGAN.

| | | |
| --- | --- | --- |
| December 5, 2016, 5:50 am | Available for Pickup | TAMPA, FL 33631 |
| December 3, 2016, 10:09 am | Sorting Complete | TAMPA, FL 33631 |
| December 3, 2016, 9:35 am | Available for Pickup | TAMPA, FL 33631 |
| December 3, 2016, 8:18 am | Arrived at Post Office | TAMPA, FL 33630 |
| December 3, 2016, 2:53 am | Departed USPS Facility | TAMPA, FL 33630 |
| December 2, 2016, 11:35 pm | Arrived at USPS Destination Facility | TAMPA, FL 33630 |
| December 2, 2016, 3:37 pm | Arrived at USPS Destination Facility | TAMPA, FL 33605 |
| December 2, 2016, 2:46 am | Arrived at USPS Facility | SAINT PETERSBURG, FL 33730 |
| December 1, 2016, 5:57 am | Departed USPS Facility | INDIANAPOLIS, IN 46241 |
| November 30, 2016, 7:06 pm | Arrived at USPS Origin Facility | INDIANAPOLIS, IN 46241 |
| November 30, 2016, 4:54 pm | Departed Post Office | WESTFIELD, IN 46074 |
| November 30, 2016, 10:45 am | Picked Up | WESTFIELD, IN 46074 |
| November 30, 2016 | Pre-Shipment Info Sent to USPS, USPS Awaiting Item | |

## Track Another Package

Tracking (or receipt) number

[                                    ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2017 USPS. All Rights Reserved.