*Credit Control, LLC*
PO Box 31179 • Tampa, FL 33631
Office Hours: Mon-Fri 8am to 10pm; Saturdays 8am to Noon
888-401-9028
www.credit-control.com

PO Box 31179
Tampa FL 33631-3179
ADDRESS SERVICE REQUESTED

January 19, 2017

| Account # | Balance |
|---|---|
|  | $742.14 |

ERIN SWIKE

Credit Control, LLC
PO Box 31179
Tampa FL 33631-3179

***Detach Upper Portion and Return with Payment***

Creditor: DSNB - Department Stores National Bank
Your: MACYS
Account Number:
Balance: $742.14

### SETTLEMENT OFFER / SAVE NOW

Please be advised that Credit Control LLC. has been authorized to offer a settlement on the above referenced MACYS.

Funds in the amount of $519.50 must be received in our office no later than February 3, 2017. Although this current offer has an expiration date, opportunities to settle may be available at a later date. We are not obligated to renew this offer.

**Please call our office to pay by check or debit card which is free of charge. To make a payment online, please visit our website at www.credit-control.com, which is also free of charge. If mailing your payment, checks or money orders are made payable to DSNB - Department Stores National Bank. If your payment is returned for any reason this offer is null and void.**

If you are unable to pay the settlement amount, please contact our office to discuss a payment arrangement on the balance.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Credit Control, LLC • 4710 Eisenhower Blvd. A2 • Tampa FL 33634 • 888-401-9028


EXHIBIT E