UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN SWIKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:17-cv-00273-LJM-TAB |
| ) | |
| CREDIT CONTROL, LLC a Missouri limited ) | |
| liability company, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 45 days.

SO ORDERED:   2/9/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Angie K. Robertson
PHILIPPS AND PHILIPPS, LTD.
angiekrobertson@aol.com

David J. Philipps
PHILIPPS AND PHILIPPS, LTD.
davephilipps@aol.com

Mary E. Philipps
PHILIPPS AND PHILIPPS, LTD.
mephilipps@aol.com

Steven James Halbert
shalbertlaw@gmail.com